| | | |
|---|---|---|
| 1 | HANSON BRIDGETT LLP<br>KURT A. FRANKLIN - 172715<br>kfranklin@hansonbridgett.com<br>ANDREA M. LINDEMANN - 244937<br>alindemann@hansonbridgett.com<br>425 Market Street, 26th Floor<br>San Francisco, CA  94105<br>Telephone: (415) 777-3200<br>Facsimile:  (415) 541-9366 | **REMAND/MADE JS-6** |

Attorneys for Defendants
AVISH PARTNERSHIP and DIPAK PATEL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| NORMA DAVIS,<br><br>                     Plaintiff,<br><br>           v.<br><br>AVISH PARTNERSHIP, dba SUPER 8 MOTEL; DIPAK PATEL; and DOES 1 to 10,<br><br>                     Defendants. | No.  2:09-cv-00884-GW-JCx<br><br>**ORDER AND JOINT STIPULATION TO REMAND**<br><br>**JUDGE:**  Hon. George H. Wu |

This Joint Stipulation to Remand (hereinafter the "Stipulation") is made by and between Defendants AVISH PARTNERSHIP and DIPAK PATEL (hereinafter collectively "Defendants") and NORMA DAVIS (hereinafter "Plaintiff"), through their respective counsel of record, with reference to the following facts:

1. On February 4, 2009, Defendants filed a Notice of Removal of Action to Federal Court of *Norma Davis v. Avish Partnership*, LA Superior Court Case No. BC399881, U.S. District Court Central District of California Case No. CV09-884 GW (JCx).  This removal was based on diversity jurisdiction.

2. On February 11, 2009, counsel for Plaintiff pointed out an error in Defendants' Notice of Removal of Action to Federal Court under 28 U.S.C. §1441(b).

3. Defendants now recognize that Plaintiff is an out-of-state resident; however, because both Defendants are California residents the Removal of Action based on diversity jurisdiction was improper.

4. Defendants agree to pay counsel for Plaintiff the sum of $295 (1 hr. @ $295/hr.) for time expended relative to this remand.

NOW, THEREFORE, Defendants and Plaintiff agree and stipulate, and request the entry of an order, providing that the current action shall be remanded to the Superior Court, so that all claims and causes of action asserted shall then proceed in the Superior Court. Such remand shall be effective upon the Superior Court's receipt of a certified copy of the order approving this Stipulation.

DATED: February ___, 2009        HANSON BRIDGETT LLP


                                 /s/ Kurt A. Franklin
                                 KURT A. FRANKLIN
                                 ANDREA M. LINDEMANN
                                 Attorneys for Defendants
                                 AVISH PARTNERSHIP
                                 and DIPAK PATEL


DATED: February 14, 2009         STITES LAW FIRM


                                 /s/ Aaron G. Stites
                                 AARON G. STITES
                                 Attorney for Plaintiff
                                 NORMA DAVIS

# ORDER

GOOD CAUSE APPEARING THEREFORE, AND PURSUANT TO THE STIPULATION OF THE PARTIES:

IT IS HEREBY ORDERED that the matter *Norma Davis v. Avish Partnership, dba Super 8 Motel; Dipak Patel; and Does 1 to 10* is remanded to the Los Angeles Superior Court, so that all claims and causes of action asserted shall then proceed in Superior Court.  Such remand shall be effective upon the Superior Court's receipt of a certified copy of this order.

February 19, 2009

*/s/ George H. Wu*
GEORGE H. WU, JUDGE
United States District Court